LAURA A. WEIANT, Respondent, *v.* THE ROCKLAND LAKE TRAP ROCK COMPANY et al., Appellants.

Reported below, 61 App. Div. 383.
(Argued November 10, 1902; decided November 18, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the appeal is unauthorized and the exceptions taken upon the trial are frivolous.

*Jonathan W. Sherwood* for motion.

*Wilson Brown, Jr.*, opposed.

Motion denied, with ten dollars costs.